UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF )
CARPENTERS PENSION FUND *et al.,* )
)
)
Plaintiffs, )
) 12 CV 03694
v. )
) Judge Castillo
IMPERIUM, LLC, an Illinois limited liability )
company, )
)
)
Defendant. )

**PLAINTIFFS' MOTION TO PROVE UP
DAMAGES AND FOR FINAL JUDGMENT**

Plaintiffs, the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION

FUND, *ET AL.* (collectively "Trust Funds"), by their attorney Kevin P. McJessy, hereby move

this Court pursuant to Federal Rule of Civil Procedure 55 to enter final judgment against

IMPERIUM, LLC, a now-dissolved Illinois limited liability company ("Defendant"). In support

of their motion, Trust Funds state as follows:

     1.     This Court entered an order of default against Defendant on September 23, 2014.

*See* Exhibit A, Order dated September 23, 2014.

     2.     Trust Funds hereby submit this petition to prove up damages and for entry of final

judgment against Defendant.

     3.     The amount owed by Defendant is $113,220.32 as follows:

     A.     $75,524.70 in unpaid contributions pursuant to the audit; *see* Decl. of J. Libby, ¶5, Exhibit B;

     B.     $1,242.00 for auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records; *see* Decl. of J. Libby, ¶7, Exhibit B;

C.     $8,650.01 in interest under ERISA on the amount that is due; *see* 29 U.S.C. § 1132(g)(2)(B); 29 U.S.C. § 1132(g)(2)(C); *see* Decl. of J. Libby, ¶6, Exhibit B;

D.     $15,104.93 in liquidated damages; *see* Decl. of J. Libby, ¶6, Exhibit B; and

E.     $12,698.68 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D); *see* McJessy Decl., ¶4, Exhibit C.

4.     A draft order is attached as Exhibit D.

WHEREFORE, Plaintiffs the Chicago Regional Council of Carpenters' Fund *et al.*

hereby move this Court to enter judgment in their favor and against Defendant, IMPERIUM,

LLC, in the amount of $113,220.32 as follows:

A.     $75,524.70 in unpaid contributions pursuant to the audit;

B.     $1,242.00 for auditor's fees of incurred by the Trust Funds to complete the audit of Defendants' books and records;

C.     $8,650.01 in interest under ERISA on the amount that is due;

D.     $15,104.93 in liquidated damages;

E.     $12,698.68 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D);

F.     reasonable attorney' fees and costs incurred by the Trust Funds in enforcing this order; and

G.     such other relief as this Court deems appropriate.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND *et al.*

By:   <u>s/ Kevin P. McJessy</u>
        One of their attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260

## CERTIFICATE OF SERVICE

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Plaintiffs' Motion to Prove Up Damages and for Final Judgment** be served upon

Imperium, LLC
c/o Tina Harbin, Registered Agent
6615 S. Yale
Chicago, IL 60621

via U.S. Mail, postage prepaid, deposited in the United States Mail Depository located at 3759 N. Ravenswood, Chicago, Illinois on this 8th day of October 2014.

        s/ Kevin P. McJessy
        Kevin P. McJessy

12 CV 03694

# Exhibit  A

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Chicago Regional Council of Carpenters Pension Fund, *et al.*, | ) ) | |
| Plaintiffs | ) ) | Case No: 12 C 3694 |
| v. | ) ) | Judge: Ruben Castillo |
| Imperium, LLC, | ) ) | |
| Defendant | ) | |

## ORDER

Motion hearing held on 9/23/2014. Defendant's motion to withdraw as counsel of record [40] is granted. Keenan J. Saulter of Saulter Tarver P.C. is granted leave to withdraw his appearance. Plaintiffs' motion for reinstatement [34] is granted. On the Court's own motion, the defendant is hereby defaulted for failure to timely answer or otherwise plead to the complaint. The Court will retain jurisdiction to enter an appropriate judgment in a sum certain.

(T: 0:05)

Date:   September 23, 2014          /s/ Chief Judge Ruben Castillo

# 12 CV 03694
# Exhibit  B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 12 CV 03694 |
| | ) | |
| IMPERIUM, LLC, an Illinois limited liability company, | ) ) | Judge Castillo |
| | ) ) | |
| Defendant. | ) | |

## <u>DECLARATION OF JOHN LIBBY</u>

I, John Libby, hereby declare under penalty of perjury pursuant to the laws of the United States, that the statements set forth herein are true and correct to the best of my knowledge, information and belief.

1.      I am the Manager, Audits & Collections for the Chicago Regional Council of Carpenters Pension Fund, the Chicago Regional Council of Carpenters Welfare Fund, the Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program, and the Labor/Management Union Carpentry Cooperation Promotion Fund (collectively "the Trust Funds").

2.      As part of my duties, I am responsible for managing the collection of contributions for medical, pension and other benefits due from numerous employers pursuant to collective bargaining agreements between the employers and the Chicago and Northeast Illinois Regional Council of Carpenters ("Union").

3.      Imperium, LLC, an Illinois limited liability company ("Defendant"), is an employer bound by the collective bargaining agreement with the Union. Pursuant to the collective bargaining agreement, Defendant is also bound by the declarations of trust establishing

the Trust Funds (collectively "Trust Agreements"). Pursuant to the collective bargaining agreement and the Trust Agreements, Defendant is required to pay fringe benefit contributions to the Trust Funds for work performed by Defendant's employees and non-union subcontractors performing work falling within the jurisdiction of the Union.

4.      Pursuant to the collective bargaining agreement and Trust Agreements, Defendant is required to submit to a periodic review of its books and records in order to verify the accuracy of the contributions reported and paid to the Trust Funds. In October 2011, the Trust Funds directed Legacy Professionals, LLP ("Legacy") to conduct a review of Defendant's fringe benefit contributions to the Trust Funds.

5.      Defendant produced records to Legacy. Legacy prepared a report of Defendant's fringe benefit contributions to the Trust Funds based on Legacy's review of the records produced by Defendant. Legacy delivered a copy of its report to the Trust Funds. The Trust Funds maintain a copy of Legacy's audit report in their files as part of their ordinary course of business. A copy of the audit report prepared by Legacy after its review of records produced by Defendant is attached as Exhibit B-1. According to the audit report and based on the records produced by Defendant to Legacy, Defendant owes $75,524.70 in unpaid fringe benefit contributions to the Trust Funds.

6.      Summaries of the updated calculations of accrued interest and liquidated damages as of October 1, 2014 are attached hereto as Exhibit B-2. Defendant owes $8,650.01 in unpaid interest calculated pursuant to 26 U.S.C. §6621 and $15,104.93 in unpaid liquidated damages calculated in accordance with the Trust Agreements.

7.      The Trust Funds paid Legacy $1,242.00 as auditors' fees for Legacy to conduct its review of Defendant's books and records and to prepare the audit report.

8.     The Trust Funds made demand on Defendant to pay the amount due but Defendant failed and/or refused to pay the amount owed to the Trust Funds. Because Defendant failed to comply with the terms of the collective bargaining agreement and the Trust Agreements, the Trust Funds have had to employ the services of attorney McJessy Ching & Thompson, LLC. As a result, the Trust Funds incurred attorneys' fees and costs.

9.     I have reviewed the Trust Funds' records for the audit of Defendant's fringe benefit contributions and therefore I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

FURTHER AFFIANT SAYETH NOT.

_____     10/2/14
John Libby                  Date

12 CV 03694

Exhibit B-1

# Discrepancy Summary By Month

| Reporting Period | Discrepancy Total Hours | Discrepancy Benefit Hours | Contribution Rate | Discrepancy Amount |
|---|---|---|---|---|
| July 2010 | | 638.00 | 22.32 | $14,240.16 |
| August 2010 | | 276.25 | 22.32 | $6,165.90 |
| September 2010 | | 52.50 | 22.32 | $1,171.80 |
| October 2010 | | 24.50 | 22.32 | $546.84 |
| November 2010 | | 157.25 | 22.32 | $3,509.82 |
| January 2011 | | 164.25 | 22.32 | $3,666.06 |
| March 2011 | | 110.50 | 22.32 | $2,466.36 |
| June 2011 | 936.00 | 936.00 | 24.32 | $22,763.52 |
| July 2011 | 837.00 | 837.00 | 24.32 | $20,355.84 |
| August 2011 | (8.00) | (8.00) | 24.32 | ($194.56) |
| September 2011 | | 34.25 | 24.32 | $832.96 |

| Total Hours | 1,765.00 | Benefit Hours | 3,222.50 | Discrepancy Amount | $75,524.70 |
|---|---|---|---|---|---|
| | | | | Liquidated Damages | $11,477.93 |
| | | | | Total Amount Due | $87,002.63 |

# Discrepancy Summary By Error Type

| | | | |
|---|---|---|---|
| Account Number: | 24950 | Audit Period: | July 1, 2010 through September 30, 2011 |
| Employer: | Imperium, LLC | Contact: | Tina Harbin |
| Address: | 6615 S Yale Ave | Title: | Partner |
| | Chicago, IL 60621 | | |
| Phone: | (773) 874-5661 | Page: | 2 of 14 |

| Code | Description | Dollar Amount |
|---|---|---|
| | **SIGNATORY EMPLOYER: PAYROLL** | |
| P1 | Clerical Error | ($194.56) |
| P1T | Clerical Error | $2,140.16 |
| P3T | Omission | $7,198.72 |
| P11T | No Record Identified as Carpenter Not Reported | $33,780.48 |
| | **SIGNATORY EMPLOYER: CASH DISBURSEMENTS** | |
| CD41A | Non-signatory Subcontractor 100% Labor Factor | $13,979.44 |
| CD41B | Non-signatory Subcontractor 100% Labor Factor | $18,620.46 |
| | Sub-Total Discrepancies From All Listed Codes | $75,524.70 |
| | Liquidated Damages | $11,477.93 |
| | Total Amount Due | $87,002.63 |

# Liquidated Damages Schedule

| Reporting Period | Contributions Due | Compounding Periods | Calculating Percentage | Total Liquidated Damages Owed |
|---|---|---|---|---|
| July 2010 | $14,240.16 | 19.00 | 20.00% | $2,848.03 |
| August 2010 | $6,165.90 | 18.00 | 20.00% | $1,233.18 |
| September 2010 | $1,171.80 | 17.00 | 20.00% | $234.36 |
| October 2010 | $546.84 | 16.00 | 20.00% | $109.37 |
| November 2010 | $3,509.82 | 15.00 | 20.00% | $701.96 |
| January 2011 | $3,666.06 | 13.00 | 20.00% | $733.21 |
| March 2011 | $2,466.36 | 11.00 | 17.79% | $438.77 |
| June 2011 | $22,763.52 | 8.00 | 12.65% | $2,879.59 |
| July 2011 | $20,355.84 | 7.00 | 10.98% | $2,235.07 |
| August 2011 | ($194.56) | | | |
| September 2011 | $832.96 | 5.00 | 7.73% | $64.39 |

| | | | | |
|---|---|---|---|---|
| **Total Discrepancies** | $75,524.70 | **Total Damages this Schedule** | | $11,477.93 |
| | | **20% of Discrepancies** | | $15,104.94 |
| | | **Assessed Damages** | | $11,477.93 |

# Monthly Detail Report

Account Number: 24950

Employer: Imperium, LLC
Address: 6615 S Yale Ave
Chicago, IL 60621
Phone: (773) 874-5661

Audit Period: July 1, 2010 through September 30, 2011
Month: July 2010
Page #: 4 of 14

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | W/E 02-Jul | W/E 09-Jul | W/E 16-Jul | W/E 23-Jul | W/E 30-Jul | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Actual Hours Per Week** | | | | | | |
| 1 | Unidentified Subcontractor | CD41B | 0.00 | 0.00 | 0.00 | 117.75 | 162.00 | 171.75 | 186.50 | 638.00 | | 0.00 | 638.00 |
| | | Total | | | 0.00 | 117.75 | 162.00 | 171.75 | 186.50 | 638.00 | | 0.00 | 638.00 |

Total Items Listed in this Period: 1.00

# Monthly Detail Report

Account Number: 24950

Employer: Imperium, LLC
Address: 6615 S Yale Ave
Chicago, IL 60621
Phone: (773) 874-5661

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W/E 06-Aug | W/E 13-Aug | W/E 20-Aug | W/E 27-Aug | | | | | |
| 1 | Unidentified Subcontractor | CD41B | 0.00 | 0.00 | 196.25 | 0.00 | 0.00 | 0.00 | | 196.25 | | 0.00 | 196.25 |
| 1 | Unidentified Subcontractor | CD41A | 0.00 | 0.00 | 0.00 | 80.00 | 0.00 | 0.00 | | 80.00 | | 0.00 | 80.00 |
| | | Total | 196.25 | 80.00 | 0.00 | 0.00 | | 276.25 | | 0.00 | 276.25 | | |

Total Items Listed in this Period: 2.00

# Monthly Detail Report

Account Number: 24950

Employer: Imperium, LLC
Address: 6615 S Yale Ave
Chicago, IL 60621
Phone: (773) 874-5661

Audit Period: July 1, 2010 through September 30, 2011

Month: September 2010

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W/E 03-Sep | W/E 10-Sep | W/E 17-Sep | W/E 24-Sep | | | | |
| 1. | Unidentified Subcontractor | CD41A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52.50 | 52.50 | | 0.00 | 52.50 |
| | Total | | | | 0.00 | 0.00 | 0.00 | 52.50 | 52.50 | | 0.00 | 52.50 |

Total Items Listed in this Period:     1.00

# Monthly Detail Report

| | | |
|---|---|---|
| Account Number: | 24950 | |
| Employer: | Imperium, LLC | Audit Period: July 1, 2010 through September 30, 2011 |
| Address: | 6615 S Yale Ave<br>Chicago, IL 60621 | Month: October 2010 |
| Phone: | (773) 874-5661 | Page #: 7 of 14 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours. Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
| | | | | | W/E 01-Oct | W/E 08-Oct | W/E 15-Oct | W/E 22-Oct | W/E 29-Oct | Total Hours | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Unidentified Subcontractor | CD41A | 0.00 | 0.00 | 0.00 | 24.50 | 0.00 | 0.00 | 0.00 | 24.50 | | 0.00 | 24.50 |
| | | | | Total | 0.00 | 24.50 | 0.00 | 0.00 | 0.00 | 24.50 | | 0.00 | 24.50 |

Total Items Listed in this Period: 1.00

# Monthly Detail Report

Account Number: 24950

Employer: Imperium, LLC
Address: 6615 S Yale Ave
Chicago, IL 60621
Phone: (773) 874-5661

Audit Period: July 1, 2010 through September 30, 2011
Month: November 2010
Page #: 8 of 14

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | W/E 05-Nov | W/E 12-Nov | W/E 19-Nov | W/E 26-Nov | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Actual Hours Per Week | | | | | |
| 1 | Unidentified Subcontractor | CD41A | 0.00 | 0.00 | 122.75 | 8.50 | 26.00 | 0.00 | 157.25 | | 0.00 | 157.25 |
| | | | | Total | 122.75 | 8.50 | 26.00 | 0.00 | 157.25 | | 0.00 | 157.25 |

Total Items Listed in this Period: 1.00

# Monthly Detail Report

Account Number: 24950

Employer: Imperium, LLC
Address: 6615 S Yale Ave
Chicago, IL 60621
Phone: (773) 874-5661

Audit Period: July 1, 2010 through September 30, 2011

Month: January 2011

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W/E 07-Jan | W/E 14-Jan | W/E 21-Jan | W/E 28-Jan | Total Hours | | | |
| 1 | Unidentified Subcontractor | CD41A | 0.00 | 0.00 | 0.00 | 164.25 | 0.00 | 0.00 | 164.25 | | 0.00 | 164.25 |
| | Total | | | 0.00 | 0.00 | 164.25 | 0.00 | 0.00 | 164.25 | | 0.00 | 164.25 |

Total Items Listed in this Period: 1.00

# Monthly Detail Report

Account Number: 24950

Employer: Imperium, LLC
Address: 6615 S Yale Ave
Chicago, IL 60621
Phone: (773) 874-5661

Audit Period: July 1, 2010 through September 30, 2011

Month: March 2011

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
| | | | | | W/E 04-Mar | W/E 11-Mar | W/E 18-Mar | W/E 25-Mar | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Unidentified Subcontractor | CD41A | 0.00 | 0.00 | 0.00 | 110.50 | 0.00 | 0.00 | | 110.50 | | 0.00 | 110.50 |
| | Total | | | | 0.00 | 110.50 | 0.00 | 0.00 | | 110.50 | | 0.00 | 110.50 |

Total Items Listed in this Period:     1.00

# Monthly Detail Report

Account Number: 24950

Employer: Imperium, LLC
Address: 6615 S Yale Ave
Chicago, IL 60621
Phone: (773) 874-5661

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W/E 03-Jun | W/E 10-Jun | W/E 17-Jun | W/E 24-Jun | | | | |
| ▆▆▆▆ | Aguilar, Ramon | P11T | 0.00 | 0.00 | 0.00 | 24.00 | 40.00 | 48.00 | 112.00 | | 112.00 | 112.00 |
| ▆▆▆▆ | CONTRERAS JUAN C | P1T | 80.00 | 80.00 | 40.00 | 32.00 | 24.00 | 48.00 | 144.00 | | 64.00 | 64.00 |
| ▆▆▆▆ | Contreras, Jaime | P11T | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 | 40.00 | 72.00 | | 72.00 | 72.00 |
| ▆▆▆▆ | HARBIN CAMERON C | P3T | 0.00 | 0.00 | 8.00 | 32.00 | 0.00 | 32.00 | 72.00 | | 72.00 | 72.00 |
| ▆▆▆▆ | Hernandez, Genaro | P11T | 0.00 | 0.00 | 16.00 | 32.00 | 40.00 | 48.00 | 136.00 | | 136.00 | 136.00 |
| ▆▆▆▆ | Lopez, Juan | P11T | 0.00 | 0.00 | 0.00 | 24.00 | 40.00 | 48.00 | 112.00 | | 112.00 | 112.00 |
| ▆▆▆▆ | Mata, Hector | P11T | 0.00 | 0.00 | 0.00 | 24.00 | 40.00 | 48.00 | 112.00 | | 112.00 | 112.00 |
| ▆▆▆▆ | Mata, Martin | P11T | 0.00 | 0.00 | 40.00 | 24.00 | 40.00 | 48.00 | 152.00 | | 152.00 | 152.00 |
| ▆▆▆▆ | Pinto, Jenaro | P11T | 0.00 | 0.00 | 16.00 | 32.00 | 0.00 | 32.00 | 80.00 | | 80.00 | 80.00 |
| ▆▆▆▆ | SANCHEZ MIGUEL | P1T | 120.00 | 120.00 | 40.00 | 32.00 | 24.00 | 48.00 | 144.00 | | 24.00 | 24.00 |
| | | | **Total** | | 160.00 | 256.00 | 280.00 | 440.00 | 1,136.00 | 0.00 | 936.00 | 936.00 |

Total Items Listed in this Period: 10.00

# Monthly Detail Report

Account Number: 24950

Employer: Imperium, LLC
Address: 6615 S Yale Ave
Chicago, IL 60621
Phone: (773) 874-5661

Audit Period: July 1, 2010 through September 30, 2011

Month: July 2011

Page #: 12 of 14

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | W/E 01-Jul | W/E 08-Jul | W/E 15-Jul | W/E 22-Jul | W/E 29-Jul | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■■■■■ | Aguilar, Ramon | P11T | 0.00 | 0.00 | 40.00 | 40.00 | 24.00 | 0.00 | 0.00 | 104.00 | | 104.00 | 104.00 |
| ■■■■■ | CONTRERAS JUAN C | P3T | 0.00 | 0.00 | 40.00 | 40.00 | 32.00 | 0.00 | 0.00 | 112.00 | | 112.00 | 112.00 |
| ■■■■■ | Contreras, Jaime | P11T | 0.00 | 0.00 | 40.00 | 21.00 | 0.00 | 0.00 | 0.00 | 61.00 | | 61.00 | 61.00 |
| ■■■■■ | Hernandez, Genaro | P11T | 0.00 | 0.00 | 40.00 | 40.00 | 32.00 | 0.00 | 0.00 | 112.00 | | 112.00 | 112.00 |
| ■■■■■ | Lopez, Juan | P11T | 0.00 | 0.00 | 40.00 | 40.00 | 32.00 | 0.00 | 0.00 | 112.00 | | 112.00 | 112.00 |
| ■■■■■ | Mata, Hector | P11T | 0.00 | 0.00 | 40.00 | 40.00 | 32.00 | 0.00 | 0.00 | 112.00 | | 112.00 | 112.00 |
| ■■■■■ | Mata, Martin | P11T | 0.00 | 0.00 | 40.00 | 40.00 | 32.00 | 0.00 | 0.00 | 112.00 | | 112.00 | 112.00 |
| ■■■■■ | SANCHEZ MIGUEL | P3T | 0.00 | 0.00 | 40.00 | 40.00 | 32.00 | 0.00 | 0.00 | 112.00 | | 112.00 | 112.00 |
| | | | Total | | 320.00 | 301.00 | 216.00 | 0.00 | 0.00 | 837.00 | | 837.00 | 837.00 |

Total Items Listed in this Period: 8.00

# Monthly Detail Report

Account Number: 24950

Employer: Imperium, LLC
Address: 6615 S Yale Ave
Chicago, IL 60621
Phone: (773) 874-5661

Audit Period: July 1, 2010 through September 30, 2011

Month: August 2011

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | · · · · · · · · · · · * Actual Hours Per Week * · · · · · · | | | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Month | | | | | | Total Hours | | | |
| ▓▓▓ | AGUILAR JR CARLO | P1 | 160.00 | 160.00 | 152.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 | | (8.00) | (8.00) |
| | | | | Total | 152.00 | | | | | | 152.00 | | (8.00) | (8.00) |

Total Items Listed in this Period:     1.00

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 24950 |
| Employer: | Imperium, LLC |
| Address: | 6615 S Yale Ave |
| | Chicago, IL 60621 |
| Phone: | (773) 874-5661 |

| | |
|---|---|
| Audit Period: | July 1, 2010 through September 30, 2011 |
| Month: | September 2011 |
| Page #: | 14 of 14 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | Month | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Unidentified Subcontractor | CD41A | 0.00 | 0.00 | 34.25 | | | | | | 34.25 | | 0.00 | 34.25 |
| | | | Total | 34.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.25 | | 0.00 | 34.25 |

Total Items Listed in this Period:     1.00

# 12 CV 03694

# Exhibit  B-2

# Interest & Damages Summary

Account Number: 24950                     Calculation Date: October 1, 2014

Employer:        Imperium LLC
Address:         6615 South Yale Avenue
                 Chicago, Illinois 60621

| Reporting Period | Delinquency Amount | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|
| July 2010 | $14,240.16 | $2,006.74 | $2,848.03 | $19,094.93 |
| August 2010 | $6,165.90 | $845.05 | $1,233.18 | $8,244.13 |
| September 2010 | $1,171.80 | $156.26 | $234.36 | $1,562.42 |
| October 2010 | $546.84 | $70.81 | $109.37 | $727.02 |
| November 2010 | $3,509.82 | $441.65 | $701.96 | $4,653.43 |
| January 2011 | $3,666.06 | $438.84 | $733.21 | $4,838.11 |
| March 2011 | $2,466.36 | $280.29 | $493.27 | $3,239.92 |
| June 2011 | $22,763.52 | $2,336.88 | $4,552.70 | $29,653.10 |
| July 2011 | $20,355.84 | $2,015.15 | $4,071.17 | $26,442.16 |
| August 2011 | ($194.56) | ($18.54) | ($38.91) | ($252.01) |
| September 2011 | $832.96 | $76.88 | $166.59 | $1,076.43 |
| Totals | $75,524.70 | $8,650.01 | $15,104.93 | $99,279.64 |

12 CV 03694
Exhibit  C

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| IMPERIUM, LLC, an Illinois limited liability company, | ) ) ) |
| Defendant. | ) ) |

12 CV 03694

Judge Castillo

## <u>DECLARATION OF KEVIN P. MCJESSY</u>

I, Kevin P. McJessy, hereby declare, under penalty of perjury pursuant to the laws of the United States, that the following statements are true:

1.    I am one of the attorneys representing the Chicago Regional Council of Carpenters Pension Fund, the Chicago Regional Council of Carpenters Welfare Fund, the Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program, and the Labor/Management Union Carpentry Cooperation Promotion Fund (collectively "the Trust Funds") in the above-captioned lawsuit ("Lawsuit") against IMPERIUM, LLC, an Illinois limited liability company ("Defendant").

2.    I have been licensed to practice law in the State of Illinois and the United States District Court for the Northern District of Illinois since 1995. I am an attorney with McJessy, Ching & Thompson, LLC ("MC&T").

3.    As part of my practice, I handle claims under ERISA. I personally represented the Trust Funds in this Lawsuit. I have represented the Trust Funds in this Lawsuit since its inception.

4. The Trust Funds have incurred $12,698.68 in fees and expenses to compel Defendant to comply with its obligations under the terms of the Collective Bargaining Agreement and applicable trust agreements. A redacted copy of the billing statement from MC&T from the inception of this Lawsuit to the present, redacted to protect privileged communications, is attached as Exhibit C-1. The detailed billing statement describes in detail all work performed by MC&T in this matter.

    a) The Trust Funds have collectively incurred fees totaling $11,436.00 for 72.1 hours of attorney services. The substantially reduced hourly rate for attorneys at MC&T for Trust Funds matters is $160.00 per hour.

    b) The Trust Funds have collectively incurred fees totaling $312.00 for 5.2 hours of paralegal time. The substantially reduced hourly rate for paralegals at MC&T for Trust Fund matters is $60.00 per hour.

    c) The Trust Funds incurred $950.68 in expenses for the filing fee, process server charges for service of summons and subpoenas, legal research charges, courier charges, photocopy charges and postage charges.

5. The attorneys' fees, paralegal fees and costs charged to the Trust Funds in this matter are consistent with MC&T's regular charges for services to the Trust Funds on similar matters and are substantially reduced from MC&T for other clients.

6. I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

FURTHER AFFIANT SAYETH NOT.

_____     _____
Kevin P. McJessy               Date

# 12 CV 03694

# Exhibit  C-1

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|---|---|---|---|---|---|---|
| 5/10/2012 | Lawyer: KM 1.40 Hrs X 160.00 | Reviewed audit referral file to assess merits of referral. (.9) Prepared complaint. (.5) | KM | 1.40 | 224.00 | 0.00 |
| 5/14/2012 | Lawyer: SK 0.70 Hrs X 60.00 | Prepared civil cover sheet, appearance and summons (.2). Filed complaint, civil cover sheet and appearance with court (.3). Reviewed court notice re: judge and magistrate assignments, completed summons as appropriate, and prepared correspondence to court clerk forwarding summons for issuance (.2) | SK | 0.70 | 42.00 | 0.00 |
| 5/15/2012 | Lawyer: SK 0.20 Hrs X 60.00 | Prepared email correspondence to process server forwarding summons, complaint and 5/15/12 order for service. Prepared email ~~████████████████~~ ~~████████~~to J. Libby and N. Lagalo. Updated open file report to add court filing information. | SK | 0.20 | 12.00 | 0.00 |
| 5/15/2012 | Lawyer: KM 0.10 Hrs X 0.00 | Reviewed correspondence from S. Keating to J. Libby and N. Lagalo ~~████████████~~ ~~████████████████████~~. [NO CHARGE] | KM | 0.10 | 0.00 | 0.00 |
| 5/15/2012 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed ECF court order of Judge Castillo entering judgment on audit and ordering parties to cooperate on amount due. | KM | 0.10 | 16.00 | 0.00 |
| 5/22/2012 | Lawyer: SK 0.20 Hrs X 60.00 | Reviewed email from process server re Imperium's registered agent refusing to open door for service of summons and complaint and confer with K. McJessy re: same. Prepared alias summons for Imperium LLC, prepared email correspondence to court clerk for issuance of summons, and prepared email correspondence to process server forwarding alias summons for service with complaint upon an LLC member. | SK | 0.20 | 12.00 | 0.00 |
| 5/22/2012 | Lawyer: KM 0.10 Hrs X 0.00 | Reviewed correspondence from S. Keating to N. Lagalo ~~████████████████~~ ~~████████~~ [NO CHARGE] | KM | 0.10 | 0.00 | 0.00 |
| 5/31/2012 | Expense Recovery | Photocopy Recovery | | 0.00 | 0.00 | 5.04 |
| 6/4/2012 | Lawyer: KM 0.20 Hrs X 60.00 | Reviewed process server's affidavit of service and filed same along with summons with court. | KM | 0.20 | 12.00 | 0.00 |
| 6/4/2012 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed ECF notice for return of service of summons. | KM | 0.10 | 16.00 | 0.00 |
| 6/5/2012 | Billing on Invoice 6744 | | | | 0.00 | 0.00 |
| 6/13/2012 | Midwest Investigations | Process Server recovery - Service of Summons, Complaint and 5/15/12 Court Order | | 0.00 | 0.00 | 85.00 |
| 6/21/2012 | Capital One Services | Filing Fee | | 0.00 | 0.00 | 350.00 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|------|----------------------|-------------|------|-------|--------|-------|
| 6/21/2012 | Lawyer: KM  0.40 Hrs X 160.00 | Telephone call from P. Jaquez asking for adjusted audit report and intent to seek extension of time to answer complaint. Prepared correspondence to P. Jaquez forwarding same.  Reviewed correspondence from P. Jaquez acknowledging receipt and advising no response yet on request for extension of time from court's clerk. (.1)  Reviewed ECF court order of Judge Castillo granting defendant until 7/23/12 to answer complaint. (.1)  Prepared correspondence to P. Jaquez forwarding order and following up on how quickly his client can respond to the audit. (.1)  Reviewed correspondence from P. Jaquez requesting additional documents and forwarding document related to promissory note which Imperium claims is the basis for the cash payments; reviewed promissory note. (.1) | KM | 0.40 | 64.00 | 0.00 |
| 6/26/2012 | Lawyer: KM  0.10 Hrs X 160.00 | Reviewed correspondence from H. Bailey following up on request for information about basis for the audit. | KM | 0.10 | 16.00 | 0.00 |
| 7/6/2012 | Billing on Invoice 6780 | FEES     306.00     DISBS     5.04 | | | 0.00 | 0.00 |
| 7/9/2012 | Lawyer: KM  0.20 Hrs X 160.00 | Telephone call with P. Jaquez regarding whether promissory note was sufficient to address audit findings. (.1) Prepared correspondence to N. Lagalo ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮. (.1) | KM | 0.20 | 32.00 | 0.00 |
| 7/10/2012 | Lawyer: KM  0.30 Hrs X 160.00 | Telephone call with N. Lagalo regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮. (.2) Telephone call with P. Jaquez responding that the Trust Funds will not adjust the audit based on information provided to date. (.1) | KM | 0.30 | 48.00 | 0.00 |
| 7/10/2012 | Lawyer: KM  0.40 Hrs X 160.00 | Prepared correspondence to N. Lagalo ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮. (.1) Prepared draft demand letter to P. Jaquez; reviewed ▮▮▮▮▮▮▮▮ from N. Lagalo, audit report and LDs and interest summary as necessary to prepare demand letter. (.3) | KM | 0.40 | 64.00 | 0.00 |
| 7/11/2012 | Lawyer: SK  0.10 Hrs X 60.00 | Prepared correspondence to N. Lagalo and J. Libby ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | SK | 0.10 | 6.00 | 0.00 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|---|---|---|---|---|---|---|
| 7/11/2012 | Lawyer: KM 1.70 Hrs X 160.00 | Prepared draft demand letter to Imperium's counsel; reviewed audit documents as necessary to prepare demand letter. (.4) Telephone call with N. Lagalo regarding ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.2) Reviewed correspondence from N. Lagalo ▓▓▓▓▓▓▓▓▓; and, reviewed audit reports. (.1) Reviewed LEXIS research materials on Jerry L. Lewis and JLL, LLC names on promissory note provided by Imperium as explanation for cash payments and conducted online research of Jerry L. Lewis and his companies. (.9) Prepared correspondence to N. Lagalo ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ (.1) | KM | 1.70 | 272.00 | 0.00 |
| 7/11/2012 | Lawyer: KM 0.50 Hrs X 160.00 | Prepared correspondence to P. Jaquez forwarding documents substantiating the Trust Funds' claim that Imperium was paying workers cash and concealing the payments and summarizing the facts supporting the Trust Funds' claim, including the three different inconsistent explanations that Imperium has given for the cash payments, with copy to client. (.4) Reviewed correspondence from N. Lagalo regarding ▓▓▓▓▓▓▓▓ ▓▓▓▓▓ (.1) | KM | 0.50 | 80.00 | 0.00 |
| 7/12/2012 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from J. Libby ▓▓▓▓▓▓▓▓▓▓▓▓▓ | KM | 0.10 | 16.00 | 0.00 |
| 7/19/2012 | Lawyer: KM 0.50 Hrs X 160.00 | Reviewed and responded to correspondence from P. Jaquez regarding settlement proposal. (.1) Prepared correspondence to J. Libby and N. Lagalo ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; reviewed prior correspondence and file materials to prepare correspondence to J. Libby and N. Lagalo. (.4) | KM | 0.50 | 80.00 | 0.00 |
| 7/20/2012 | Chicago Regional Council of Carpenters -- AUDITS | PMT - | | 0.00 | 0.00 | 0.00 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|---|---|---|---|---|---|---|
| 7/23/2012 | Lawyer: KM 0.20 Hrs X 160.00 | Reviewed answer to complaint filed by Imperium, LLC. | KM | 0.20 | 32.00 | 0.00 |
| 7/24/2012 | Lawyer: KM 0.20 Hrs X 160.00 | Reviewed answer filed by Defendant. Reviewed correspondence from J. Libby ~~████████~~ ~~████~~ | KM | 0.20 | 32.00 | 0.00 |
| 7/27/2012 | Billing on Invoice 6823 | FEES 108.00 DISBS 435.00 | | | 0.00 | 0.00 |
| 7/30/2012 | Lawyer: KM 0.20 Hrs X 160.00 | Telephone call with P. Jaquez regarding settlement offer and Trust Funds' rejection of same. Prepared correspondence to P. Jaquez confirming settlement offer rejected and need to set schedule for Rule 26(f) conference. | KM | 0.20 | 32.00 | 0.00 |
| 7/31/2012 | Expense Recovery | Photocopy Recovery | | 0.00 | 0.00 | 2.76 |
| 8/13/2012 | Chicago Regional Council of Carpenters - Audits | PMT - | | 0.00 | 0.00 | 0.00 |
| 8/24/2012 | Billing on Invoice 6854 | FEES 694.00 DISBS 2.76 | | | 0.00 | 0.00 |
| 9/4/2012 | Lawyer: KM 0.20 Hrs X 160.00 | Confer with J. Sopata regarding ~~████~~ ~~████████~~ ~~██████~~ | KM | 0.20 | 32.00 | 0.00 |
| 9/4/2012 | Lawyer: ATT 1.70Hrs X 160.00 | Drafted Rule 26(a) disclosures. | ATT | 1.70 | 272.00 | 0.00 |
| 9/6/2012 | Lawyer: ATT 0.30Hrs X 160.00 | Continued drafting Rule 26(a) disclosures. | ATT | 0.30 | 48.00 | 0.00 |
| 9/12/2012 | Lawyer: ATT 1.70Hrs X 160.00 | Drafted Rule 30(b)(6) deposition notice (.9) and drafted written discovery (.8). | ATT | 1.70 | 272.00 | 0.00 |
| 9/14/2012 | Chicago Regional Council of Carpenters - AUDITS | PMT - | | 0.00 | 0.00 | 0.00 |
| 9/18/2012 | Expense Recovery | Postage Recovery | | 0.00 | 0.00 | 1.05 |
| 9/18/2012 | Lawyer: KM 0.30 Hrs X 160.00 | Telephone call from P. Jacquez advising of intent to withdraw, whether we have any objection. Reviewed motion by counsel for Imperium to withdraw as counsel. Reviewed correspondence from P. Jacquez to Judge Castillo's proposed order email forwarding proposed order; and, reviewed proposed order. | KM | 0.30 | 48.00 | 0.00 |
| 9/19/2012 | Lawyer: KM 1.40 Hrs X 160.00 | Reviewed and revised interrogatories and document requests to Imperium, made final revisions and issued same. | KM | 1.40 | 224.00 | 0.00 |
| 9/30/2012 | Expense Recovery | Photocopy Recovery | | 0.00 | 0.00 | 6.84 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|------|----------------------|-------------|------|-------|--------|-------|
| 10/8/2012 | Billing on Invoice 6948 | | | | 0.00 | 0.00 |
| 10/8/2012 | Lawyer: ATT 2.10Hrs X 160.00 | Drafted motion for default after attorneys withdrew including declarations of K. McJessy and J. Libby. | ATT | 2.10 | 336.00 | 0.00 |
| 10/17/2012 | Lawyer: KM 0.30 Hrs X 160.00 | Telephone call with Jim Taylor (773) 731-1970 regarding outstanding discovery, his appearance on behalf of Imperium and settlement offer. (.2) Reviewed correspondence from J. Taylor confirming no dispute over amounts due for purposes of reaching settlement. (.1) | KM | 0.30 | 48.00 | 0.00 |
| 10/19/2012 | Lawyer: KM 0.20 Hrs X 160.00 | Reviewed motion by K. Saulter to appear as counsel for Imperium. (.2) | KM | 0.20 | 32.00 | 0.00 |
| 10/23/2012 | Lawyer: KM 0.20 Hrs X 160.00 | Telephone call with N. Lagalo for ▓▓▓▓ ▓▓▓▓▓ Reviewed correspondence from N. Lagalo ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ | KM | 0.20 | 32.00 | 0.00 |
| 10/24/2012 | Lawyer: KM 0.20 Hrs X 160.00 | Reviewed correspondence from N. Lagalo regarding ▓▓▓▓▓▓▓▓▓. ▓▓▓▓ Revised declaration of J. Libby. Prepared correspondence to J. Libby and N. Lagalo ▓▓▓▓▓▓▓▓▓▓▓▓. (.2) Reviewed motion by Imperium for leave to have an attorney appear in its behalf. (.1) | KM | 0.20 | 32.00 | 0.00 |
| 10/24/2012 | Lawyer: KM 0.20 Hrs X 0.00 | Reviewed correspondence from N. Lagalo regarding ▓▓▓▓▓▓▓▓▓. Revised declaration. Prepared correspondence to N. Lagalo ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. [NO CHARGE] | KM | 0.20 | 0.00 | 0.00 |
| 10/24/2012 | Lawyer: KM 0.60 Hrs X 160.00 | Prepared correspondence to K. Saulter forwarding prior correspondence from James Taylor, seeking direction on his clients' intentions in defending the lawsuit, and summarizing total damages; reviewed file documents as necessary to prepare correspondence to K. Saulter. (.5)Reviewed and responded to correspondence from K. Saulter regarding discovery matters and rejection of request for further extension of time. (.1) | KM | 0.60 | 96.00 | 0.00 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|------|----------------------|-------------|------|-------|--------|-------|
| 10/25/2012 | Lawyer: KM 0.10 Hrs X 160.00 | Telephone call with J. Libby regarding ~~████████████████████~~ | KM | 0.10 | 16.00 | 0.00 |
| 10/26/2012 | Expense Recovery | Postage Recovery | | 0.00 | 0.00 | 0.65 |
| 10/26/2012 | Lawyer: KM 1.00 Hrs X 160.00 | Prepared Rule 26(a) disclosures; reviewed file materials as necessary to prepare disclosures. | KM | 1.00 | 160.00 | 0.00 |
| 10/29/2012 | Billing on Invoice 6980 | FEES     896.00     DISBS     7.89 | | | 0.00 | 0.00 |
| 10/31/2012 | Expense Recovery | Photocopy Recovery | | 0.00 | 0.00 | 1.92 |
| 11/7/2012 | Lawyer: KM 1.30 Hrs X 160.00 | Appeared in court for status hearing and hearing on defendant's motion for leave for counsel to appear. | KM | 1.30 | 208.00 | 0.00 |
| 11/7/2012 | Lawyer: KM 1.30 Hrs X 160.00 | Appeared in court before Judge Castillo regarding counsel's motion for leave to appear. (1.2) Post-hearing conference with counsel for defendant as to whether defendant intends to comply with discovery requests and no assurance of same. (.1) | KM | 1.30 | 208.00 | 0.00 |
| 11/9/2012 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed ECF court order of Judge Castillo granting leave to appear and setting status hearing for 12/18/12. | KM | 0.10 | 16.00 | 0.00 |
| 11/20/2012 | Chicago Regional Council of Carpenters - AUDITS | PMT - | | 0.00 | 0.00 | 0.00 |
| 11/28/2012 | Lawyer: ATT 0.90Hrs X 160.00 | Review of record and drafted motion to compel discovery responses. | ATT | 0.90 | 144.00 | 0.00 |
| 12/4/2012 | Lawyer: KM 0.10 Hrs X 160.00 | Prepared correspondence to K. Saulter responding to his request for Plaintiff's Rule 30(b)(6) documents. | KM | 0.10 | 16.00 | 0.00 |
| 12/5/2012 | Lawyer: SK 0.50 Hrs X 60.00 | Reviewed Judge Castillo's website for motion practice and scheduling and prepared notice of motion to compel. (.1) Filed motion to compel and notice of motion with court (.3). Prepared correspondence to Judge Castillo forwarding courtesy copies of same (.1). | SK | 0.50 | 30.00 | 0.00 |
| 12/5/2012 | Lawyer: KM 0.20 Hrs X 160.00 | Final review and edits to motion to compel. | KM | 0.20 | 32.00 | 0.00 |
| 12/6/2012 | Billing on Invoice 7088 | FEES     752.00     DISBS     2.57 | | | 0.00 | 0.00 |
| 12/7/2012 | Lawyer: ATT 1.00Hrs X 160.00 | Discussion with K. McJessy and initial drafting of first requests to admit. | ATT | 1.00 | 160.00 | 0.00 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|---|---|---|---|---|---|---|
| 12/11/2012 | Lawyer: ATT 4.50Hrs X 160.00 | Compiled Rule 26(a) documents including checking for privileged documents and putting on disk (1.0); continued drafting first set of requests to admit based on certified payroll (3.5). | ATT | 4.50 | 720.00 | 0.00 |
| 12/12/2012 | Lawyer: KM 1.30 Hrs X 160.00 | Appeared in court before Judge Castillo for hearing on motion to compel. (1.2) Prepared correspondence to K .Saulter regarding intent to deliver 30(b)(6) documents to him in court this morning but because he failed to show documents will be mailed to him. (.1) | KM | 1.30 | 208.00 | 0.00 |
| 12/12/2012 | Expense Recovery | Postage Recovery | | 0.00 | 0.00 | 1.30 |
| 12/16/2012 | Lawyer: ATT 2.00Hrs X 160.00 | Completed drafting of first set of requests to admit based on certified payroll which totaled approximately 412 individual requests. | ATT | 2.00 | 320.00 | 0.00 |
| 12/18/2012 | Expense Recovery | Postage Recovery | | 0.00 | 0.00 | 4.90 |
| 12/18/2012 | Lawyer: ATT 0.40Hrs X 160.00 | Final review and modification of first set of requests to admit. | ATT | 0.40 | 64.00 | 0.00 |
| 12/21/2012 | Lawyer: KM 0.20 Hrs X 160.00 | Reviewed and responded to correspondence from K. Saulter asking for time to respond to admission requests until 2/11/13. Reviewed and responded to correspondence from K. Saulter regarding extension of time to respond to discovery ordered to be produced by12/24/12. | KM | 0.20 | 32.00 | 0.00 |
| 12/27/2012 | Chicago Regional Council of Carpenters - AUDITS | PMT - | | 0.00 | 0.00 | 0.00 |
| 12/28/2012 | Lawyer: KM 0.10 Hrs X 160.00 | Prepared correspondence to K. Saulter following up on discovery responses due by 12/24/12 extended to today by agreement. | KM | 0.10 | 16.00 | 0.00 |
| 12/31/2012 | Expense Recovery | Photocopy Recovery | | 0.00 | 0.00 | 37.68 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|------|----------------------|-------------|------|-------|--------|-------|
| 1/3/2013 | Lawyer: KM 1.80 Hrs X 160.00 | Appeared in court for hearing before Judge Castillo on status of Defendant's compliance with Court's order compelling discovery responses; order entered that compliance is due by 1/17/13 under penalty of bar of defenses. (1.3) Reviewed ECF court order of Judge Castillo regarding hearing on 1/3/13. (.1) Prepared proposed draft order and submitted same to Court per electronic filing. (.4) | KM | 1.80 | 288.00 | 0.00 |
| 1/4/2013 | Lawyer: KM 0.20 Hrs X 160.00 | Reviewed ECF court order of Judge Castillo ordering discovery compliance by 1/17/13 under penalty of barring defenses. (.1) Prepared correspondence to N. Lagalo ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (.1) | KM | 0.20 | 32.00 | 0.00 |
| 1/7/2013 | Billing on Invoice 7179 | FEES 576.00 | | 0.00 | 0.00 | 0.00 |
| 1/17/2013 | US Messenger & Logistics | Courier Recovery | | 0.00 | 0.00 | 14.60 |
| 1/18/2013 | Billing on Invoice 7276 | FEES 1598.00 DISBS 43.88 | | 0.00 | 0.00 | 0.00 |
| 1/18/2013 | Lawyer: KM 0.30 Hrs X 160.00 | Reviewed correspondence from K. Saulter forwarding discovery responses; brief initial review of discovery responses. (.3) | KM | 0.30 | 48.00 | 0.00 |
| 1/24/2013 | Chicago Regional Council of Carpenters - Audits | PMT - | | 0.00 | 0.00 | 0.00 |
| 1/28/2013 | Lawyer: KM 1.20 Hrs X 160.00 | Reviewed Imperium's responses to discovery requests (interrogatories and document requests); reviewed documents produced by Imperium. (.4) Started drafting motion to bar defenses based on Imperium's failure to comply with the Court's January 17th order. (.8) Prepared correspondence to N. Lagalo and J. Libby ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ (.1) | KM | 1.20 | 192.00 | 0.00 |
| 1/29/2013 | Lawyer: KM 2.10 Hrs X 160.00 | Further revised motion to bar defenses; reviewed file materials including correspondence as necessary to complete drafting motion. (1.3) Prepared rider for subpoena to JLL, LLC / Jerry L. Lewis, party on promissory note with Imperium. (.4) Reviewed Illinois Secretary of State records regarding entities affiliated with JLL, LLC. (.4) | KM | 2.10 | 336.00 | 0.00 |
| 1/31/2013 | Expense Recovery | Photocopy Recovery | | 0.00 | 0.00 | 12.48 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|------|------------------------|-------------|------|-------|--------|-------|
| 2/5/2013 | Chicago Regional Council of Carpenters - AUDITS | PMT - | | 0.00 | 0.00 | 0.00 |
| 2/6/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from N. Lagalo ~~████████████~~ ~~████████████~~ | KM | 0.10 | 16.00 | 0.00 |
| 2/6/2013 | Lawyer: KM 3.20 Hrs X 160.00 | Prepared motion to bar Imperium from asserting defenses to audit claim based on its failure to comply with discovery requests and conducted online review of case authority that defendant is barred from asserting defenses for failing to comply with discovery; reviewed file documents as necessary to put together factual information for motion. (3.2) | KM | 3.20 | 512.00 | 0.00 |
| 2/8/2013 | Lawyer: KM 3.10 Hrs X 160.00 | Revised motion to bar Imperium from asserting defenses to audit claim based on its failure to comply with the court's January 13, 2013 order compelling defendant to produce discovery; started preparing summary of payroll documents produced based on persons reported in contribution reports to show that not all payroll documents were produced; records missing for at least two months. (1.8) Reviewed online record information for JLL, LLC, an apparent nonexistent entity and for companies owned by Jerry L. Lewis; prepared subpoena riders for subpoenas to JLL Construction Services, Inc. and to Jerry Lewis. (1.3) | KM | 3.10 | 496.00 | 0.00 |
| 2/8/2013 | Lawyer: SK 1.00 Hrs X 60.00 | Prepared document subpoenas to JLL Construction and Jerry Lewis (.2). Prepared email correspondences to process server and to defense counsel forwarding copies of document subpoenas (.2). Prepared notice of motion for motion to bar defenses and filed same with notice of motion with court (.4). Prepared correspondence to Judge Castillo forwarding courtesy copies of motion and notice (.2). | SK | 1.00 | 60.00 | 0.00 |
| 2/14/2013 | Lawyer: SK 1.20 Hrs X 60.00 | Reviewed Judge Castillo's motion procedures and schedule and prepared notice of motion to bar defenses (.2). Filed motion to bar defenses with exhibits and several conferences with ECF clerks re: same (.4). Filed notice of motion (.2). Prepared correspondence to Judge Castillo forwarding courtesy copies of same (.2). | SK | 1.20 | 72.00 | 0.00 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|------|----------------------|-------------|------|-------|--------|-------|
| 2/14/2013 | Lawyer: KM 0.80 Hrs X 160.00 | Final review and revisions to motion to bar Imperium from asserting defenses to audit based on its failure to comply with Court's order granting Trust Funds' motion to compel; and assembled additional exhibits. | KM | 0.80 | 128.00 | 0.00 |
| 2/18/2013 | Lawyer: KM 0.30 Hrs X 160.00 | Telephone call with N. Lagalo regarding ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ Reviewed correspondence from N. Lagalo ▓▓▓▓▓▓ | KM | 0.30 | 48.00 | 0.00 |
| 2/20/2013 | Billing on Invoice 7356 | FEES    896.00    DISBS    27.08 | | | 0.00 | 0.00 |
| 2/21/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed ECF court order of Judge Castillo entering and continuing motion to 2/28/13. | KM | 0.10 | 16.00 | 0.00 |
| 2/25/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Several attempts to reach counsel for JJL, LLC / Jerry Lewis regarding subpoena. | KM | 0.10 | 16.00 | 0.00 |
| 2/26/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Several attempts to reach Charles Pinkston, counsel for JJL, LLC / Jerry Lewis regarding subpoena (312) 578-1957. | KM | 0.10 | 16.00 | 0.00 |
| 2/27/2013 | Lawyer: KM 0.20 Hrs X 160.00 | Telephone call with counsel for J. Lewis regarding subpoena, advising KPM that there was no loan, there are no documents and Mr. Lewis has no idea what this is about, although he does know the owner of Imperium. | KM | 0.20 | 32.00 | 0.00 |
| 2/28/2013 | Midwest Investigations | Process Server recovery -   Service of Document Subpoena on JLL Construction and Jerry Lewis | | 0.00 | 0.00 | 85.00 |
| 2/28/2013 | Lawyer: KM 1.90 Hrs X 160.00 | Reviewed motion and exhibits to prepare for hearing; appeared in court before Judge Castillo for motion to bar defenses due to Imperium's failure to fully respond to discovery. (1.8) Reviewed court order of Judge Castillo setting briefing schedule. (.1) | KM | 1.90 | 304.00 | 0.00 |
| 2/28/2013 | Expense Recovery | Photocopy Recovery | | 0.00 | 0.00 | 16.32 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|------|----------------------|-------------|------|-------|--------|-------|
| 3/1/2013 | Lawyer: KM 1.60 Hrs X 160.00 | Reviewed documents, including audit, promissory note and discovery requests, as necessary to draft Rule 30(b)(6) deposition notice to Imperium LLC. (1.2) Reviewed notice of suggestion of bankruptcy from Imperium; prepared correspondence to client forwarding notice of bankruptcy and summarizing possible fraud issues to explore with Bruce Scalambrino to exempt Trust Funds' claim in bankruptcy from discharge. (.4) | KM | 1.60 | 256.00 | 0.00 |
| 3/4/2013 | Lawyer: KM 1.10 Hrs X 160.00 | Telephone call with J. Libby regarding ███████████████ ████████████████ ████████████████ ████████████ (.3) Reviewed correspondence from J. Libby to KPM and B. Scalambrino regarding ████████████████ Reviewed correspondence from B. Scalambrino ████████████ ████████████ (.1) Reviewed correspondence from C. Muniz ████████████████ ████████████; reviewed attached bankruptcy documents. (.2) Reviewed correspondence from J. Libby ███████ ████████████ (.1) Reviewed correspondence from B. Scalambrino regarding ████████████ ████████████ Prepared correspondence to B. Scalambrino ████████████ ████████ (.1) Telephone call with B. Scalambrino ████████████ ████████████ (.3) | KM | 1.10 | 176.00 | 0.00 |
| 3/5/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed court order of Judge Castillo dismissing case without prejudice due to bankruptcy filing. | KM | 0.10 | 16.00 | 0.00 |
| 3/7/2013 | LexisNexis | Legal Research | | 0.00 | 0.00 | 48.02 |
| 3/8/2013 | Lawyer: KM 0.80 Hrs X 160.00 | Reviewed notice of meeting of creditors. Prepared correspondence to J. Libby, N. Lagalo, C. Muniz and B. Scalambrino ████████████ (.1) Telephone call with C. Muniz ████████████ (.2) Reviewed correspondence from C. Muniz ████████████ (.1) Reviewed correspondence from C. Muniz ████████████ ████████████ ████████████ (.1) Started drafting declaration of Jerry Lewis confirming information relayed by his counsel. (.3) | KM | 0.80 | 128.00 | 0.00 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|------|----------------------|-------------|------|-------|--------|-------|
| 3/11/2013 | Chicago Regional Council of Carpenters | PMT - | | 0.00 | 0.00 | 0.00 |
| 3/14/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from C. Muniz regarding ████████████████, briefly reviewed motion. | KM | 0.10 | 16.00 | 0.00 |
| 3/20/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from C. Muniz regarding ████████████████ ██████████████████ | KM | 0.10 | 16.00 | 0.00 |
| 3/21/2013 | US Messenger & Logistics | Courier Recovery | | 0.00 | 0.00 | 14.60 |
| 3/22/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from C. Muniz ██████████████████ ██████████████████ | KM | 0.10 | 16.00 | 0.00 |
| 3/25/2013 | Lawyer: KM 0.80 Hrs X 160.00 | Revised record requests for bankruptcy purposes. Prepared correspondence to C. Muniz ████████ | KM | 0.80 | 128.00 | 0.00 |
| 3/26/2013 | Lawyer: KM 0.50 Hrs X 160.00 | Telephone call with C. Muniz regarding ████ ██████████████ (.2) Reviewed file materials and prepared correspondence to C. Muniz ████████████ ██████████████ (.3) | KM | 0.50 | 80.00 | 0.00 |
| 3/27/2013 | Billing on Invoice 7426 | FEES 1716.00 DISBS 101.32 | | 0.00 | 0.00 | 0.00 |
| 4/1/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from C. Muniz regarding ██████████████; reviewed same. | KM | 0.10 | 16.00 | 0.00 |
| 4/11/2013 | Chicago Regional Council of Carpenters - AUDITS | PMT - | | 0.00 | 0.00 | 0.00 |
| 4/18/2013 | Billing on Invoice 7489 | FEES 832.00 DISBS 62.62 | | 0.00 | 0.00 | 0.00 |
| 4/18/2013 | Lawyer: KM 0.30 Hrs X 160.00 | Reviewed and responded to correspondence from C. Muniz regarding ██████████████ ██████████████ Reviewed and responded to correspondence from C. Muniz ██████████████ | KM | 0.30 | 48.00 | 0.00 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|---|---|---|---|---|---|---|
| 4/19/2013 | Lawyer: KM 0.20 Hrs X 160.00 | Reviewed correspondence from J. Libby to C. Muniz ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ Prepared correspondence to C. Muniz ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ | KM | 0.20 | 32.00 | 0.00 |
| 4/22/2013 | Lawyer: KM 0.40 Hrs X 160.00 | Reviewed correspondence from J. Libby ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ Reviewed correspondence from C. Muniz regarding ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓; briefly reviewed bank statements. | KM | 0.40 | 64.00 | 0.00 |
| 4/25/2013 | PACEr | PACR | | 0.00 | 0.00 | 0.40 |
| 4/26/2013 | Chicago Regional Council of Carpenters - AUDITS | PMT - | | 0.00 | 0.00 | 0.00 |
| 4/29/2013 | Lawyer: KM 0.10 Hrs X 0.00 | Reviewed correspondence from C. Muniz regarding ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ Exchanged correspondence setting call for tomorrow. [NO CHARGE] | KM | 0.10 | 0.00 | 0.00 |
| 4/30/2013 | Lawyer: KM 1.20 Hrs X 160.00 | Reviewed correspondence from C. Muniz ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓; reviewed affidavit. Telephone call with J. Libby, N. Lagalo, B. Scalambrino and C. Muniz regarding ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ Telephone call from J. Libby ▓▓▓▓▓ ▓▓▓. Exchange numerous correspondence with C. Muniz regarding ▓▓▓▓ | KM | 1.20 | 192.00 | 0.00 |
| 5/6/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from B. Scalambrino regarding ▓▓▓▓▓▓. | KM | 0.10 | 16.00 | 0.00 |
| 5/13/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Telephone call with B. Scalambrino regarding ▓▓▓▓▓▓▓ | KM | 0.10 | 16.00 | 0.00 |
| 5/17/2013 | Billing on Invoice 7557 | FEES 352.00 DISBS 0.40 | | | 0.00 | 0.00 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|---|---|---|---|---|---|---|
| 5/24/2013 | Lawyer: KM 0.40 Hrs X 160.00 | Reviewed correspondence from J. Libby to B. Scalambrino ▊▊▊▊▊▊. Reviewed and responded to correspondence from B. Scalambrino ▊▊▊▊▊▊; reviewed file materials to produce documents. | KM | 0.40 | 64.00 | 0.00 |
| 5/28/2013 | Lawyer: KM 0.20 Hrs X 160.00 | Reviewed and responded to and exchanged correspondence from B. Scalambrino regarding ▊▊▊▊ ▊▊▊▊ | KM | 0.20 | 32.00 | 0.00 |
| 6/5/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed and responded to correspondence from B. Scalambrino ▊▊▊▊▊▊. | KM | 0.10 | 16.00 | 0.00 |
| 6/10/2013 | Chicago Regional Council of Carpenters - AUDITS | PMT - | | 0.00 | 0.00 | 0.00 |
| 6/17/2013 | Lawyer: KM 5.70 Hrs X 160.00 | Reviewed materials related to T. Harbin's deposition. Appeared at offices B. Scalambrino for deposition of T. Harbin. | KM | 5.70 | 912.00 | 0.00 |
| 6/20/2013 | Billing on Invoice 7614 | FEES     128.00 | | | 0.00 | 0.00 |
| 6/30/2013 | Expense Recovery | Photocopy Recovery | | 0.00 | 0.00 | 11.64 |
| 7/18/2013 | Chicago Regional Council of Carpenters - AUDITS | PMT - | | 0.00 | 0.00 | 0.00 |
| 7/19/2013 | Billing on Invoice 7677 | FEES     928.00     DISBS     11.64 | | | 0.00 | 0.00 |
| 7/29/2013 | Lawyer: KM 0.50 Hrs X 160.00 | Reviewed bankruptcy hearing transcript of T. Harbin acknowledging falsity of promissory notes. | KM | 0.50 | 80.00 | 0.00 |
| 8/2/2013 | Chicago Regional Council of Carpenters - AUDITS | PMT - | | 0.00 | 0.00 | 0.00 |
| 8/9/2013 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from B. Scalambrino ▊▊▊▊▊▊. ▊▊▊▊▊▊. | KM | 0.10 | 16.00 | 0.00 |
| 8/19/2013 | Billing on Invoice 7738 | FEES     80.00 | | | 0.00 | 0.00 |
| 5/21/2014 | Lawyer: KM 0.50 Hrs X 160.00 | Started drafting motion for entry of default judgment; reviewed file and notice that Imperium has counsel, case needs reinstated because it was dismissed. | KM | 0.50 | 80.00 | 0.00 |
| 5/22/2014 | LexisNexis | Legal Research | | 0.00 | 0.00 | 119.22 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|---|---|---|---|---|---|---|
| 5/28/2014 | Lawyer: JS 1.60 Hrs X 160.00 | Discussion with K. McJessy and review of docket report; call to attorney Saulter and voicemail message; review of federal rules and initial drafting of motion to reinstate. | JS | 1.60 | 256.00 | 0.00 |
| 6/3/2014 | Lawyer: SK 0.20 Hrs X 60.00 | Prepared appearance of J. Sopata; reviewed Judge Castillo's motion practice requirements and prepared notice of motion for reinstatement. | SK | 0.20 | 12.00 | 0.00 |
| 6/3/2014 | Lawyer: KM 0.40 Hrs X 160.00 | Confer with J. Sopata regarding ▓▓▓▓▓▓▓▓▓▓▓▓. Reviewed and revised motion to reinstate lawsuit. | KM | 0.40 | 64.00 | 0.00 |
| 6/3/2014 | Lawyer: JS 1.00 Hrs X 160.00 | Confer with K. McJessy re: ▓▓▓▓▓▓ ▓▓▓▓▓; research on Bankruptcy Code 362(a)(2) and continued drafting motion to reinstate and draft order. | JS | 1.00 | 160.00 | 0.00 |
| 6/20/2014 | Lawyer: SK 0.60 Hrs X 60.00 | Filed appearance of J. Sopata; filed motion for reinstatement and notice of motion with court; prepared correspondence to Judge Lee forwarding courtesy copies. | SK | 0.60 | 36.00 | 0.00 |
| 7/7/2014 | Lawyer: KM 0.20 Hrs X 160.00 | Telephone call with J. Sopata regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓. Prepared correspondence to J. Sopata ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓. | KM | 0.20 | 32.00 | 0.00 |
| 7/7/2014 | Lawyer: SK 0.40 Hrs X 60.00 | Prepared summary of weekly time reports for May-June 2014 for attachment to Harbins' deposition exhibit. | SK | 0.40 | 24.00 | 0.00 |
| 7/7/2014 | Expense Recovery | Postage Recovery | | 0.00 | 0.00 | 1.38 |
| 7/8/2014 | Lawyer: JS 1.50 Hrs X 160.00 | Attendance at hearing on motion to bar defenses; confer with K. McJessy re: ▓▓▓▓▓▓▓▓▓. | JS | 1.50 | 240.00 | 0.00 |
| 7/10/2014 | Lawyer: SK 0.10 Hrs X 60.00 | Prepared correspondence to K. Saulter inquiring about availability for settlement conference for dates offered by Judge Schenkier. | SK | 0.10 | 6.00 | 0.00 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|---|---|---|---|---|---|---|
| 7/10/2014 | Lawyer: KM 0.20 Hrs X 160.00 | Telephone call from Judge Schenkier's chambers to set settlement conference; request S. Keating to check opposing counsel's availability. Prepared correspondence to J. Libby ████ ████████████████ ██████████████████ ███████████████ ████████████ | KM | 0.20 | 32.00 | 0.00 |
| 7/17/2014 | US Messenger & Logistics | Courier Recovery | | 0.00 | 0.00 | 14.60 |
| 7/17/2014 | PACEr | PACR | | 0.00 | 0.00 | 1.80 |
| 7/17/2014 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed ECF court order of Judge Castillo resetting court dates and motion date to 9/23/14. | KM | 0.10 | 16.00 | 0.00 |
| 7/18/2014 | Billing on Invoice 8492 | FEES   428.00   DISBS   120.13 | | 0.00 | 0.00 | 0.00 |
| 7/23/2014 | Lawyer: KM 0.20 Hrs X 160.00 | Confer with Judge Schenkier's staff -- no word from opposing counsel; Judge out of town but will get date for conference call. | KM | 0.20 | 32.00 | 0.00 |
| 7/28/2014 | Lawyer: KM 0.30 Hrs X 160.00 | Participated in conference call with Court and opposing counsel for status on setting settlement conference. Reviewed ECF court order of Judge Schenkier regarding telephone conference and likelihood of counsel withdrawing. | KM | 0.30 | 48.00 | 0.00 |
| 7/31/2014 | Expense Recovery | Photocopy Recovery | | 0.00 | 0.00 | 113.48 |
| 7/31/2014 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed motion to withdraw filed by Keenan Saulter. | KM | 0.10 | 16.00 | 0.00 |
| 8/15/2014 | Billing on Invoice 8559 | FEES   3418.00   DISBS   2010.66 | | 0.00 | 0.00 | 0.00 |
| 8/19/2014 | Chicago Regional Council of Carpenters - AUDITS | PMT - | | 0.00 | 0.00 | 0.00 |
| 8/29/2014 | Chicago Regional Council of Carpenters - AUDITS | PMT - | | 0.00 | 0.00 | 0.00 |
| 9/11/2014 | Lawyer: KM 0.30 Hrs X 160.00 | Reviewed correspondence from N. Lagalo ████████████████████████ Arranged with S. Keating ████ ███████████████████████ Reviewed bankruptcy petition filed by Imperium. Prepared correspondence to N. Lagalo ██████████████ | KM | 0.30 | 48.00 | 0.00 |
| 9/16/2014 | Billing on Invoice 8613 | | | 0.00 | 0.00 | 0.00 |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|------|----------------------|-------------|------|-------|--------|-------|
| 9/25/2014 | Lawyer: KM  0.10 Hrs X 160.00 | Reviewed ECF court order of Judge Castillo granting motion to withdraw and entering default. | KM | 0.10 | 16.00 | 0.00 |
| 9/25/2014 | Lawyer: JS  1.70 Hrs X 160.00 | Drafted motion for entry of judgment including draft order and declaration. | JS | 1.70 | 272.00 | 0.00 |
| 9/29/2014 | Lawyer: KM  0.50 Hrs X 160.00 | Reviewed and revised motion for entry of judgment. Telephone call with N. Lagalo regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮. | KM | 0.50 | 80.00 | 0.00 |
| 10/7/2014 | Lawyer: KM  1.30 Hrs X 160.00 | Appeared in court before Judge Castillo for hearing on Trust Funds' continued motion to reinstate and K. Saulter's motion to withdraw. | KM | 1.30 | 208.00 | 0.00 |
| 10/7/2014 | Lawyer: KM  1.20 Hrs X 160.00 | Edited and revised petition for prove up of damages and reviewed billing statement and redactions of attorney-client information.  Completed information in petition for filing of same. | KM | 1.20 | 192.00 | 0.00 |
| Total | | | | 77.3 | 11,748.00 | 950.68 |

# 12 CV 03694
# Exhibit  D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 12 CV 03694 ) ) Judge Castillo |
| IMPERIUM, LLC, an Illinois limited liability company, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Plaintiffs Chicago Regional Council of Carpenters Pension Fund *et al.*'s ("Trust Funds")

motion for entry of final judgment is granted and judgment is entered in favor of the Trust Funds

and against defendant IMPERIUM, LLC, a now-dissolved Illinois limited liability company

("Defendant") in the amount of $113,220.32 as follows:

A.  $75,524.70 in unpaid contributions pursuant to the audit;

B.  $1,242.00 for auditor's fees of incurred by the Trust Funds to complete the audit of Defendant's books and records;

C.  $8,650.01 in interest pursuant to 29 U.S.C. § 1132(g)(2)(B);

D.  $15,104.93 in liquidated damages pursuant to 29 U.S.C. § 1132(g)(2)(C); and

E.  $12,698.68 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D).

The Trust Funds shall also recover reasonable attorney' fees and costs incurred by the Trust

Funds in enforcing this order and any such further relief as this Court deems appropriate.

_____          _____
Date                               Judge Ruben Castillo